October 31, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

MICHAEL DODD AND 3D GLOBAL SOLUTIONS, INC., Appellants

NO. 14-12-00555-CV                       V.

BRIAN  J. SAVINO, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Brian  J. Savino, signed February 29, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Michael Dodd and 3D Global Solutions, Inc., jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.